154 So. 599

## Robert WRIGHT v. CITY OF ANNISTON.

### 7 Div. 253..

Supreme Court of Alabama.
May 10, 1934.

Merrill, Jones & Whiteside, of Anniston, for petitioner.

J. F. Matthews and Knox, Acker, Sterne & Liles, all of Anniston, opposed.

PER CURIAM.

Petition of Robert Wright for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wright v. City of Anniston, 154 So. 597.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.